DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHNATHAN EUGENE SCARBROUGH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-2706

_____

September 1, 2021

Appeal from the Circuit Court for Hardee County; Michael E. Raiden, Judge.

Howard L. Dimmig, II, Public Defender, and Timothy J. Ferreri, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

CASANUEVA, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.